AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | |
|---|---|
| USA<br><br>vs.<br>(1) LUZ MIREYA SEBASTIAN-RAMIREZ | CRIMINAL COMPLAINT<br>CASE NUMBER: EP:25-M -03262(1) - LE |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 8, 2025** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "

Continued on the attached sheet and made a part hereof:   [X] Yes   [ ] No
Sworn to before me,

/S/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

June 10, 2025                                                                              at   EL PASO, Texas
Date                                                                                                 City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judge
**OATH TELEPHONICALLY SWORN AT 01:09 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) LUZ MIREYA SEBASTIAN-RAMIREZ

FACTS   (CONTINUED)

557.

The DEFENDANT, Luz Mireya SEBASTIAN-Ramirez, an alien to the United States and a citizen of Mexico was found approximately 3.4 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing her to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 05/30/2025 through EL PASO, TEXAS.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 1 time, the last one being to MEXICO on May 30, 2025, through EL PASO, TX

CRIMINAL HISTORY:
05/26/2025, EL PASO, TX, 18 USC 1382 TRESPASSING ENTRY OF MILITARY PROPERTY PROHIBITED(M), CNV, 4 DAYS.
05/26/2025, EL PASO, TX, 50 USC 797 TRESPASSING(M), CNV, 4 DAYS.
05/26/2025, EL PASO, TX, 8 USC 1325 IMPROPER ENTRY BY ALIEN(M), CNV, 4 DAYS.